**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:    (805) 270-7100
Facsimile:    (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
          kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:    (818) 609-0807
Facsimile:    (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, LUZ AZUCENA UMANZOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ AZUCENA UMANZOR, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>TWS FACILITY SERVICES, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | **CASE NO. 5:17-CV-02197-JAK-JEM**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION** |

### (PROPOSED) ORDER

The Stipulated Protective Order for Standard Litigation is hereby granted.

**IT IS SO ORDERED.**

**DATED:** 1/9/2018

*John E. McDermott*

HON. JOHN A. KRONSTADT
JOHN E. MCDERMOTT, U.S. Magistrate Judge

-1-
ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION