**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:    (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:   (818) 609-0807
Facsimile:    (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, LUZ AZUCENA UMANZOR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ AZUCENA UMANZOR, as an individual and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    vs.<br><br>TWS FACILITY SERVICES, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>           Defendants. | **CASE NO. 5:17-CV-02197-JAK-JEM**<br><br>**JOINT ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE PURSUANT TO L.R. 79-5.2** |

Pursuant to Civil L.R. 79-5.2, Luz Azucena Umanzor ("Plaintiff") and TWS Facility Services, Inc., ("Defendant") (collectively the "Parties"), respectfully bring this administrative motion to file the parties' Confidential Settlement Agreement under seal. As Courts have noted, the "secrecy of a settlement agreement and the contractual rights of the parties thereunder deserve court protection." *Kalinauskas v. Wong*, 151 F.R.D. 363, 365 (D. Nev. 1993) To the extent that the documents discuss or disclose the terms of a settlement agreement, Courts have found good cause exists to permit filing under seal. See *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir.2002) (noting that courts have granted protective orders to protect confidential settlement agreements); see also *Shinn v. Baxa Corp.*, No. 07–cv–01648, 2008 U.S. Dist. LEXIS 57681, *4–5 (D.Nev. July 7, 2008) (permitting parties to file under seal settlement agreement that was the subject of motion to determine good faith settlement); *Prosurance Grp., Inc. v. Liberty Mut. Grp., Inc.*, No. 10-CV-02600-LHK, 2011 WL 704456, at *1 (N.D. Cal. Feb. 18, 2011); *Hasbrouck v. BankAmerica Housing Serv.,* 187 F.R.D. 453, 455 (N.D.N.Y.1999).

The reasoning behind such protection is sound. Protecting the confidentiality of the settlement agreement promotes the important public policy of encouraging settlements. See *Marine Midland Realty Credit Corp.*, Marine Midland Realty Credit Corp. v. LLMD of Michigan, Inc., 821 F.Supp. 370, 373 (E.D.Pa.1993); see also *FDIC v. Ernst & Ernst*, 92 F.R.D. 468, 472 (E.D.N.Y.1981) (unsealing a settlement that was based upon confidentiality would discourage future settlements based upon confidentiality), aff'd, 677 F.2d 230 (2d Cir.1982); Fed.R.Evid. 408 advisory committee note (purpose of rulemaking evidence of settlement negotiations inadmissible is to encourage settlement). Settlement of civil disputes is in the public interest because it avoids the significant cost of trial. *Id.*; *Kalinauskas*, 151 F.R.D. at 365; *Ernst & Ernst*, 92

JOINT ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE PURSUANT TO L.R. 79-5.2

F.R.D. at 472; *Hulse v. A.B. Dick Co.*, 162 Misc.2d 263, 267, 616 N.Y.S.2d 424 (N.Y.Sup.Ct.1994), aff'd, 222 A.D.2d 381, 635 N.Y.S.2d 641 (1st Dep't 1995).

In addition to conservation of judicial and private resources, settlement results in higher levels of satisfaction of the litigants, having determined their own solution to their dispute rather than being subject to a judicially-created solution. *Kalinauskas*, 151 F.R.D. at 365; *Hulse*, 162 Misc.2d at 268, 616 N.Y.S.2d 424. "Most importantly, a settlement produces finality and repose upon which people can order their affairs." *Hulse*, 162 Misc.2d at 268, 616 N.Y.S.2d 424.

Confidentiality is an important corollary without which many lawsuits would remain unsettled. See *City of Hartford v. Chase*, 942 F.2d 130, 135 (2d Cir.1991) (judicial assurance of confidentiality prerequisite to settlement); Marine *Midland Realty Credit Corp.*, 821 F.Supp. at 373 ("confidentiality is often essential to the settlement of cases"); *Ernst & Ernst*, 92 F.R.D. at 469 (secrecy vital to a party); *459 Hulse, 162 Misc.2d at 268, 616 N.Y.S.2d 424 ("compelling need for privacy" expressed by settling party). While protecting the confidentiality of settlement agreements encourages settlement, which is in the public interest, permitting disclosure would discourage settlements, contrary to the public interest. Cf. *Kalinauskas*, 151 F.R.D. at 365 (allowing full discovery would discourage similar settlements; settlement benefits society); *Ernst & Ernst,* 92 F.R.D. at 472 (modifying confidentiality order would discourage future settlements based upon confidentiality; public interest furthered by settlement). The public interest in maintaining confidentiality of settlements is therefore strong.

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, pursuant to Civil L.R. 79-5.2, the Parties hereby seek permission of the Court to file their Confidential Settlement Agreement under seal.

Dated:  July 13, 2018            **BRADLEY/GROMBACHER, LLP**

By:  /s/ Kiley L. Grombacher
    Marcus J. Bradley, Esq.
    Kiley L. Grombacher, Esq.
    Taylor L. Emerson, Esq.
    Sahag Majarian, II, Esq.
    Attorneys for Plaintiff

Dated:  July 13, 2018            **PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP**

By:  /s/ Erica M. Sorosky
    Erica M. Sorosky, Esq.
    Attorneys for Defendant

**Certification of Compliance with Central District Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to Central District Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2018.

                                       /s/ Kiley L. Grombacher
                                       Kiley L. Grombacher

JOINT ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE PURSUANT TO L.R. 79-5.2