**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:  (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, LUZ AZUCENA UMANZOR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ AZUCENA UMANZOR, as an individual and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>      vs.<br><br>TWS FACILITY SERVICES, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>                Defendants. | **CASE NO. 5:17-CV-02197-JAK-JEM**<br><br>**DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE PURSUANT TO L.R. 79-5.2** |

1

DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE PURSUANT TO L.R. 79-5.2

I, Kiley Lynn Grombacher, declare as follows:

1. I am an individual over the age of 18. I am a California bar-admitted attorney and am at partner at Bradley/Grombacher, LLP. I am one of the attorneys of record for Plaintiff in this action. I have personal knowledge of the facts set forth below and if called to testify I could and would do so competently.

2. Pursuant to its terms, a material condition of the parties' Confidential Settlement Agreement and General Release is that the Agreement, its terms and amounts and the contents of the negotiations shall be held in the strictest confidence.

3. As such, the parties request leave to submit such document under seal for the Court's review.

I declare under penalty of perjury under the laws of the State of California and of the laws of the United States of America that the foregoing is true and correct. Executed on July 13, 2018.

                     /S/   Kiley Lynn Grombacher
                     Kiley Lynn Grombacher

2

DECLARATION OF KILEY LYNN GROMBACHER IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE PURSUANT TO L.R. 79-5.2