# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ AZUCENA UMANZOR, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>TWS FACILITY SERVICES, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 5:17-CV-02197-JAK-JEM<br><br>**ORDER RE STIPULATION TO APPROVE SETTLEMENT UNDER LABOR CODE PRIVATE ATTORNEYS GENERAL ACT OF 2004**<br><br>**JS-6** |

　　　The Court has reviewed the Joint Request for Approval of Private Attorneys General Act ("PAGA"), Labor Code Section 2698, *et seq* Settlement (Dkt. 22) ("Request"), presented jointly by plaintiff Luz Azucena Umanzor ("Plaintiff") and defendant TWS Facility Services, Inc. ("Defendant") (jointly the "Parties") with respect to the proposed Settlement of Plaintiff's individual claims brought under PAGA, as well as the supplemental report filed in support of the Request (Dkt. 24). Upon consideration thereof, the Settlement is approved, and having granted approval of such Settlement, and having reviewed the materials in connection

therewith, it is hereby ORDERED, ADJUDGED and DECREED THAT:

This Court reserves jurisdiction over the subject matter of the above-captioned action and over all Parties to above-captioned action.

This Court hereby approves the Plaintiff's Individual PAGA Settlement set forth in the Settlement Agreement and Dismissal of Class, Collective, And Representative Claims ("Settlement Agreement"), and directs the Parties to effectuate the settlement according to its terms.

This Final Judgment applies only to Plaintiff and shall not bind to any of the Aggrieved Employees as defined by the operative First Amended Complaint.

As of the Final Effective Date, as defined in the Settlement Agreement All Settled Claims of Plaintiff, are and shall be deemed to be conclusively released as against Defendant and all other Released Parties.

Except as otherwise provided in this Final Judgment and the Order Granting Approval of the PAGA Settlement, the parties shall bear their own costs and attorneys' fees.

By operation of the entry of this Final Judgment, and as of the Final Effective Date defined in the Settlement Agreement, Plaintiff shall be deemed to have fully, finally and forever released Defendant and all other Released Parties, of and from any and all rights, claims, demands, liabilities, causes of action, liens and judgments arising out of or in any way related to the matters set forth, or that could be set forth in the Litigation, as described in the Settlement Agreement.

If the settlement does not become final and effective in accordance with the terms of the Settlement Agreement, then this Final Judgment shall be rendered null and void and shall be vacated and, in such event, all orders entered and all releases delivered in connection herewith shall be null and void.

Plaintiff gave notice of the PAGA settlement to the Labor & Workforce Development Agency on June 26, 2018 and there has been no objection or other correspondence received in the record.

In light of the foregoing, the Court orders this case **DISMISSED** without prejudice. This order does not preclude the parties from filing a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 no later than August 3, 2018.

IT IS SO ORDERED.

Dated: July 27, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE